Scott T. Wilsdon                                    Honorable Lonny R. Suko
Lyle A. Tenpenny
Yarmuth Wilsdon Calfo PLLC
Fourth & Madison
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
(206) 516-3800

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
YAKIMA DIVISION

VIRGIN RECORDS AMERICA,
INC., a California corporation; SONY        No. 08-cv-03029-LRS
BMG MUSIC ENTERTAINMENT, a
Delaware general partnership;
CAPITOL RECORDS, LLC, a                     **JOINT STIPULATION OF**
Delaware limited liability company;         **DISMISSAL WITHOUT**
ATLANTIC RECORDING                          **PREJUDICE**
CORPORATION, a Delaware
corporation; UMG RECORDINGS,
INC., a Delaware corporation; and
ARISTA RECORDS LLC, a
Delaware limited liability company,

                  Plaintiffs,

          v.

DAN AND PEGGY KIHN,

                  Defendants.

          Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs VIRGIN RECORDS,

*et al.*, and Defendants Dan & Peggy Kihn, by and through their attorneys,

respectfully and jointly submit this Stipulation of Dismissal of this action

1    without prejudice, each party to bear its own costs and fees.  The parties

2    request that the Clerk of Court now close this case.

3

4

5    /s/ *Lyle A. Tenpenny*                        /s/ Michelle Bos

6    Scott T. Wilsdon, WSBA #20608          Michelle Bos, WSBA #35064
     Lyle A. Tenpenny, WSBA #34883          Patrick H. Ballew, WSBA #16939
7    YARMUTH WILSDON CALFO          Stratton Ballew PLLC
     PLLC                                                   213 S. 12th Ave.
8    Fourth & Madison                              Yakima, WA 98902
     925 Fourth Avenue, Suite 2500          State Bar No. 35064
9    Seattle, WA  98104                          Telephone:  (509)453-1319
10   Telephone:  (206) 516-3800            Facsimile:  (509)453-4704
     Facsimile:  (206) 516-3888 (fax)
11
                                                          Attorneys for Defendant
12   Attorneys for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26