UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and ARISTA RECORDS, LLC, a Delaware limited liability company,<br><br>       Plaintiffs,<br><br>   -vs-<br><br>DAN AND PEGGY KIHN,<br><br>       Defendants. | NO.  CV-08-3029-LRS<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Joint Stipulation of Dismissal Without Prejudice (Ct. Rec. 13) filed December 16, 2008, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed without prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 18th day of December, 2008.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 1